January 25, 1979.

M. P. 78-317.   CAROLYN J. ANDREOZZI *et al. v.* SCHOOL COMMITTEE OF THE TOWN OF NORTH PROVIDENCE *et al.* The petition for writ of certiorari is denied. *Abedon, Stanzler, Biener, Skolnik and Lipsey, Richard A. Skolnik, Lynette Labinger,* for petitioners.

M. P. No. 78-325.   JOSEPH ROMANO, ANTHONY PHILLIPS, JAMES TAYLOR *v.* SALVATORE MANCINI, *in his capacity as Public Safety Director of the Town of North Providence and in his capacity as Finance Director of the Town of North Providence and* JOHN T. LEYDEN, *in his capacity as Chief of Police of the Town of North Providence.* The petition for writ of certiorari is granted without prejudice to the right of respondents to raise the issue of the improvidence of our grant. The parties are directed to brief and argue the issue amongst others raised herein of whether review in this case should be by way of appeal or by common-law certiorari.

This case is consolidated for the filing of briefs and for oral argument with *Joseph Romano et al.* v. *Salavatore Mancini et al.,* No. 78-276-A. *Zimmerman, Roszkowski & Brenner, Irving I. Zimmerman, Richard E. Kyte, Jr.,* for petitioner. *Robert D. Ciresi,* Town Solicitor, *Lovett & Linder, Ltd., Stephen G. Linder,* for respondents.

M. P. No. 78-341.   RICHARD MAGARIAN *v.* SCHOOL COMMITTEE FOR THE TOWN OF COVENTRY AND BOARD OF REGENTS FOR EDUCATION. The petition for writ of certiorari is denied. *Natale L. Urso, Thomas J. Liguori,* for petitioner. *Gunning, La Fazia & Gnys, Inc., Bennett R. Gallo,* for respondent School Committee of the Town of Coventry.

M. P. No. 78-449.   PAUL R. FICAZZOLA *v.* APPEAL BOARD OF ADMINISTRATIVE ADJUDICATION. The petition for writ of certiorari is denied. *Aram K. Berberian,* for plaintiff-respondent. *Stephen F. Mullen, John J. Vallone, Jr., Office of Special Counsel,* for defendant-petitioner.